UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | No. 22-cv-9520 (RA) |
| THE CENTER ON MEDIA, CRIME AND JUSTICE (CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE, CITY UNIVERSITY OF NEW YORK d/b/a JOHN JAY COLLEGE OF CRIMINAL JUSTICE, AUXILIARY SERVICES CORPORATION, INC., STEPHEN HANDELMAN, GABRIELA LEAL, RAJ SINGH, and RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK, | ORDER |
| Defendants. | |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2022

RONNIE ABRAMS, United States District Judge:

Plaintiff Jane Doe filed this action on November 8, 2022. In so doing, she seeks to proceed under a pseudonym, but has not made a motion to do so. No later than November 29, 2022, Plaintiff shall provide the Court with the reasoning for why, under the standard set forth in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008), the Court should permit her to remain anonymous in this action. *See also Doe v. Weinstein*, 484 F. Supp. 3d 90, 92–98 (S.D.N.Y. 2020) (addressing the ten factors from *Sealed Plaintiff* for justifying anonymity in public proceedings).

SO ORDERED.

Dated:   November 16, 2022
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge