UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JANE DOE,

                                                                              Civil Case No.: 22-cv-09520

                          Plaintiff,

        *-against-*

THE CRIME REPORT,
THE CENTER ON MEDIA, CRIME AND JUSTICE
(CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE,
CITY UNIVERSITY OF NEW YORK d/b/a JOHN JAY
COLLEGE OF CRIMINAL JUSTICE,
AUXILIARY SERVICES CORPORATION, INC.
STEPHEN HANDELMAN, individually, GABRIELA LEAL, individually,
RAJ SINGH, individually, and RESEARCH FOUNDATION OF THE
CITY UNIVERSITY OF NEW YORK,

                          Defendants.
-------------------------------------------------------x

        **PLEASE TAKE NOTICE THAT** Plaintiff, by and through her Attorneys DEREK SMITH LAW GROUP, PLLC, will move before the United States District Court for the Southern District of New York for an Order permitting Plaintiff to proceed anonymously and maintain her name as "Jane Doe" in the caption.

        **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff submits this accompanying Memorandum of Law with her filed Complaint.

Dated: November 29, 2022
New York, New York

                                                    DEREK SMITH LAW GROUP, PLLC
                                                    *Attorneys for Plaintiff*

                                                    */s/ Melissa Mendoza*
                                                   Melissa Mendoza, Esq.
                                                   *Attorneys for Plaintiff*
                                                   1 Penn Plaza, Suite 4905
                                                   New York, New York 10119
                                                   (212) 587-0760

## **CERTIFICATE OF SERVICE**

I, Melissa Mendoza, hereby certify that on November 29, 2022, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, which will send notification of such public filing to all counsel registered to receive such notice.

            */s/ Melissa Mendoza*
          MELISSA MENDOZA