

New York | Los Angeles | Philadelphia | Miami | New Jersey

January 26, 2023

**VIA ECF**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
1/30/2023

**Re: Jane Doe v. The Crime Report, et al.**
**Docket No. 22-cv-09520**

Dear Honorable District Court Judge Abrams:

    We represent Plaintiff, Jane Doe in the above-referenced action. We write to Your Honor to respectfully request an extension of forty-five (45) days to complete service of process on all Defendants pending Plaintiff's Motion to Proceed Anonymously. The current deadline for Plaintiff to serve process is February 6, 2023, however the summonses have not been issued due to the pending motion. This is Plaintiff's first request for an extension.

    Accordingly, we respectfully request an extension of forty-five (45) days from the date the summonses are issued to effectuate service on all Defendants.

    We thank the Court for its time and consideration in this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

Melissa Mendoza, Esq.
*Attorneys for Plaintiff*

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com