IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE CRIME REPORT, THE CENTER ON MEDIA, CRIME AND JUSTICE (CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE, CITY UNIVERSITY OF NEW YORK d/b/a JOHN JAY COLLEGE OF CRIMINAL JUSTICE, AUXILIARY SERVICES CORPORATION, INC., STEPHEN HANDELMAN, individually, GABRIELA LEAL, individually, RAJ SINGH, individually, and RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,<br><br>    Defendants. | Case No.: 1:22-cv-09520 |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that the above-captioned action is dismissed with prejudice against defendant John Jay College of Criminal Justice Auxiliary Services Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 3, 2023

| | |
|---|---|
| *Brittany Primavera*<br>Brittany Primavera, Esq.<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>1 Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>Phone: (212) 269-5500<br>bprimavera@grsm.com<br>*Attorney for Defendant John Jay College of Criminal Justice Auxiliary Services Corporation* | /s Melissa Mendoza<br>Melissa Mendoza, Esq.<br>**DEREK SMITH LAW GROUP, PLLC**<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>Phone: (332) 910-5677<br>melissa@dereksmithlaw.com<br>*Attorney for Plaintiff Jane Doe* |