IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CRIME REPORT, THE CENTER ON MEDIA, CRIME AND JUSTICE (CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE, CITY UNIVERSITY OF NEW YORK d/b/a JOHN JAY COLLEGE OF CRIMINAL JUSTICE, AUXILIARY SERVICES CORPORATION, INC., STEPHEN HANDELMAN, individually, GABRIELA LEAL, individually, RAJ SINGH, individually, and RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-09520 |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that the above-captioned action is dismissed without prejudice against defendant John Jay College of Criminal Justice Auxiliary Services Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 17, 2023

*Brittany Primavera*
_____
Brittany Primavera, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Phone: (212) 269-5500

_____
Melissa Mendoza, Esq.
DEREK SMITH LAW GROUP, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
Phone: (332) 910-5677

bprimavera@grsm.com
*Attorney for Defendant John Jay College of Criminal Justice Auxiliary Services Corporation*

melissa@dereksmithlaw.com
*Attorney for Plaintiff Jane Doe*