USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

v.

THE CRIME REPORT, THE CENTER ON MEDIA, CRUME AND JUSTICE (CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE, CITY UNIVERSITY OF NEW YORK d/b/a John Jay College of Criminal Justice, STEPHEN HANDELMAN, GABRIELA LEAL, RAJ SINGH, AND RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,

                Defendants.

No. 22-CV-9520 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 3, 2023, the parties attempted to file a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Dkt. 16. That filing was flagged a deficient by the Clerk of Court because it was not signed by all parties which appeared in the action. On March 20, 2023, the parties again filed a stipulation of voluntary dismissal, *see* Dkt. 17, which was again flagged as a deficient by the Clerk of Court because the stipulation filing listed parties which did not match the parties listed on the PDF.

Accordingly, the parties are directed to refile a stipulation of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii), or, in the alternative, to file a request for this Court to order dismissal pursuant to Rule 41(a)(2).

SO ORDERED.

Dated:    June 5, 2023
            New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge