## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

v.

THE CRIME REPORT, THE CENTER ON MEDIA, CRIME AND JUSTICE (CMCJ) AT THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE, CITY UNIVERSITY OF NEW YORK d/b/a JOHN JAY COLLEGE OF CRIMINAL JUSTICE, AUXILIARY SERVICES CORPORATION, INC., STEPHEN HANDELMAN, individually, GABRIELA LEAL, individually, RAJ SINGH, individually, and RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK,

                    Defendants.

Case No.: 1:22-cv-09520

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ALL DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Jane Doe by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants and with no award of attorneys' fees, costs or disbursements by the Court to any of the parties.

Dated: August 15, 2023

                    Respectfully submitted,

                    */s/ Melissa Mendoza*
                    Melissa Mendoza, Esq.
                    **DEREK SMITH LAW GROUP, PLLC**
                    One Penn Plaza, Suite 4905
                    New York, NY 10119
                    Phone: (332) 910-5677
                    melissa@dereksmithlaw.com
                    *Attorney for Plaintiff Jane Doe*